◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS VILELLA, Appellant. [696 NYS2d 830] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 21, 1989 (*People v Vilella,* 147 AD2d 666), affirming a judgment of the County Court, Nassau County, rendered October 9, 1987.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Thompson, Sullivan and Goldstein, JJ., concur.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES WELDON, Appellant. [696 NYS2d 846] —Appeal by the defendant from a judgment of the County Court, Westchester County (West, J.), rendered February 17, 1998, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). O'Brien, J. P., Sullivan, Goldstein, Luciano and Feuerstein, JJ., concur.